# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0041
L.T. Case No. 2007-CF-000106-C

_____

MARSHAUN WEST,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Lindsay L. Tygart, Judge.

Marshaun West, Sneads, pro se.

No Appearance for Appellee.

March 25, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and LAMBERT and BOATWRIGHT, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————